IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS L. PAYNE, SID ARCHINAL, GARY H. KARESH, JO ANN KARESH, BELCA D. SWANSON AND MERLE K. SWANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ANTHONY J. DeLUCA, HARRY J. SOOSE, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, DANIEL A. D'ANIELLO, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, JAMES DAVID WATKINS, and THE CARLYLE GROUP,<br><br>Defendants. | MISC No. _____<br><br>THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA<br><br>CA No. 02-1927 |

**MOTION OF THE TRUSTEE OF THE
IT LITIGATION TRUST TO QUASH SUBPOENA**

The IT Litigation Trust (the "Trust"), successor to The IT Group, Inc. ("IT Group") and its affiliated debtors (collectively, the "Debtors"), by and through its trustee, AlixPartners LLC (the "Trustee"), hereby moves this Court to quash the subpoena served by Thomas L. Payne, Sid Archinal, Gary H. Karesh, Jo Ann Karesh, Belca D. Swanson and Merle K. Swanson, individually and on behalf of all others similarly situated (collectively, the "Plaintiffs") and Anthony J. Deluca, Harry J. Soose, Francis J. Harvey, James C. McGill, Richard W. Pogue, Daniel A. D'Aniello, Phillip B. Dolan, E. Martin Gibson, Robert F. Pugliese, James David Watkins, and The Carlyle Group (collectively, the "Defendants") in connection with litigation (the "Litigation") before the United States

District Court for the Western District of Pennsylvania for all of the reasons set forth in the supporting brief.

Dated May 22, 2006

            THE BAYARD FIRM

           By: _____
            Jeffrey M. Schlerf (No. 3047)
            Edmond D. Johnson (No. 2257)
            222 Delaware Avenue, Suite 900
            Wilmington, Delaware 19801
            (302) 655-5000

              -and-

            John K. Cunningham
            Ileana A. Cruz
            WHITE & CASE LLP
            Wachovia Financial Center
            200 South Biscayne Blvd.
            Miami, Florida 33131
            (305) 371-2700

            Counsel to the Trustee

## CERTIFICATE OF SERVICE

I, Kathryn D. Sallie, Esquire, hereby certify that on this 22nd day of May, 2006, I caused copies of the foregoing *Motion of the Trustee for the IT Litigation Trust to Quash Subpoena* to be served upon the following parties in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**

Brian D. Long, Esquire
Milberg, Weiss, Bershad & Schulman
919 North Market Street
Suite 980
Wilmington, DE 19801
Email: blong@milbergweiss.com

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

Kwasi A. Asiedu, Esquire
Law Offices of Kwasi A. Asiedu
3858 Carson Street
Number 204
Torrance, CA 90503
Email: laskido@hotmail.com

Lionel Z. Glancy, Esquire
Michael Goldberg, Esquire
Robert Zabb, Esquire
Glancy & Binkow
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Email: info@glancylaw.com

Richard J. Pocker, Esquire
Boies, Schiller & Flexner
777 North Rainbow Boulevard
Suite 350
Las Vegas, NV 89107
Email: rpocker@bsfllp.com

Mark A. Willard, Esquire
Robert V. Campedel, Esquire
Eckert, Seamans, Cherin & Mellott
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Email: mwillard@eckertseamans.com
Email: rcampedel@eckertseamans.com

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Richard J. Federowicz, Esquire
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Email: cdemonaco@dmclaw.com
Email: khaddox@dmclaw.com
Email: rfederowicz@dmclaw.com

E. Powell Miller, Esquire
Miller Shea
950 West University Drive
Suite 300
Rochester, MI 48307
Email: epm@millershea.com

Steven A. Schwartz, Esquire
Chimicles & Tikellis, Esquire
361 West Lancaster Avenue

625998v1

One Haverford Centre
Haverford, PA 19041
Email: steveschwartz@chimicles.com

Larry K. Elliott, Esquire
Cohen & Grigsby
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Email: lelliott@cohenlaw.com

David A. Becker, Esquire
Thomas L. Patten, Esquire
Courtney S. Schorr, Esquire
Laurie B. Smilan, Esquire
Latham & Watkins
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Email: david.becker@lw.com
Email: tom.patten@lw.com
Email: courtney.schorr@lw.com
Email: laurie.smilan@lw.com

_____
Kathryn D. Sallie (No. 4600)

625982v1