IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS L. PAYNE, SID ARCHINAL, GARY H. KARESH, JO ANN KARESH, BELCA D. SWANSON AND MERLE K. SWANSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ANTHONY J. DeLUCA, HARRY J. SOOSE, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, DANIEL A. D'ANIELLO, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, JAMES DAVID WATKINS, and THE CARLYLE GROUP,<br><br>Defendants. | MISC No. 06-mc-00106 JJF<br><br>THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA<br><br>CA No. 02-1927 |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE
ON THE MOTION OF THE TRUSTEE OF THE IT
<u>LITIGATION TRUST TO QUASH SUBPOENA</u>**

WHEREAS, on or about February 15, 2006, the parties in the above-captioned proceeding (the "Objecting Parties") before the United States District Court for the Western District of Pennsylvania (the "Western District") caused the issuance of a subpoena from the United States District (the "District Court") directed at the trustee (the "Trustee") of the IT Litigation Trust (the "Trust);

WHEREAS, on May 22, 2006, the Trustee filed its Opening Brief in Support of the Motion of the Trustee of the IT Litigation Trust to Quash Subpoena (the "Motion to Quash") in the District Court;

628006v1

WHEREAS, on June 9, 2006, the Objecting Parties filed their joint answering brief in opposition to the Motion to Quash (the "Opposition");

WHEREAS, counsel to the Trustee requested from the Objecting Parties a further extension of time to file a reply to the Opposition;

WHEREAS, counsel to the Objecting Parties has agreed to the requested extension.

NOW, THEREFORE, the undersigned parties to the proceeding, by and through their respective undersigned counsel, hereby stipulate and agree as follows, subject to and effective upon the entry of an Order approving all of the terms of this Stipulation:

1. The Trustee shall have through and including June 29, 2006 to file and serve its reply brief with respect to the Motion to Quash.

Dated: June 23, 2006

THE BAYARD FIRM

By:/s/ Eric M. Sutty
   Jeffrey M. Schlerf (No. 3047)
   Edmond D. Johnson (No. 2257)
   Eric M. Sutty (No.4007)
   222 Delaware Avenue, Suite 900
   Wilmington, Delaware 19801
   Telephone: (302) 655-5000

   - and -

John K. Cunningham
Matthew J. Feeley
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 371-2700
Attorneys for the IT Litigation Trust

SMITH, KATZENSTEIN& FURLOW LLP

/s/ Roger D. Anderson
Roger D. Anderson (ID No. 3480)
800 Delaware Avenue [19801]
Post Office Box 410
Wilmington, DE 19899-0410
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

   - and -

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Richard J. Federowicz, Esquire
DICKIE, MCCAMEY & CHILCOTE
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Telephone: (412) 281-7272
Facsimile: (412) 392-5367
Counsel for Harry Soose

| | |
|---|---|
| CHIMICLES & TIKELLIS, LLP | ECKERT, SEAMANS, CHERIN & MELLOT, LLC |
| /s/ A. Zachary Naylor | /s/ Ronald S. Gellert |
| A. Zachary Naylor | Ronald S. Gellert (#4259) |
| One Rodney Square | The Towne Center |
| P.O. box 1035 | 4 East 8th Street, Suite 200 |
| Wilmington, Delaware 19899 | Wilmington, DE 19801 |
| Telephone: (302) 656-2500 | |
| - and - | - and - |
| GLANCY BINKOW & GOLDBERG LLP | ECKERT, SEAMANS CHERIN & MELLOT, LLC |
| Lionel Z. Glancy, Esquire | Mark A. Willard, Esquire |
| Robert M. Zabb, Esquire | 600 Grant Street, 44th Floor |
| 1801 Avenue of the Stars, Suite 311 | Pittsburgh, PA 15219 |
| Los Angeles, California 90067 | Counsel for Defendant Anthony DeLuca |
| Telephone: (310) 201-9150 | |
| Facsimile: (310) 201-9160 | |
| Counsel for Plaintiffs | |

RICHARDS, LAYTON & FINGER, P.A.

/s/ Marcos A. Ramos, Esquire
Marcos A. Ramos, Esquire (#4450)
Mark D. Collins, Esquire (#2981)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

- and -

LATHAM & WATKINS LLP
David A. Becker, Esquire
Thomas L. Patten, Esquire
Courtney S. Schorr, Esquire
Laurie B. Smilan, Esquire
555 11th Street NW, Suite 1000
Washington, DC 20004-1304
Counsel for Defendants other than Harry
Soose and Anthony DeLuca

3

IT IS SO ORDERED,

This \_\_\_\_ day of _____, 2006

_____
UNITED STATES DISTRICT JUDGE