IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS L. PAYNE, SID ARCHINAL, GARY H. KARESH, JO ANN KARESH, BELCA D. SWANSON AND MERLE K. SWANSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY J. DeLUCA, HARRY J. SOOSE, FRANCIS J. HARVEY, JAMES C. McGILL, RICHARD W. POGUE, DANIEL A. D'ANIELLO, PHILLIP B. DOLAN, E. MARTIN GIBSON, ROBERT F. PUGLIESE, JAMES DAVID WATKINS, and THE CARLYLE GROUP,<br><br>Defendants. | MISC No. 06-mc-00106 JJF<br><br>THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA<br><br>CA No. 02-1927 |

### REQUEST FOR ORAL ARGUMENT REGARDING THE MOTION OF THE TRUSTEE OF THE IT LITIGATION TRUST TO QUASH SUBPOENA

Pursuant to Local Rule 7.1.4, the IT Litigation Trust (the "Trust"), successor to The IT Group, Inc. and its affiliated debtors, by and through its trustee, AlixPartners LLC (the "Trustee"), respectfully requests a hearing on the Motion of the Trustee of the IT Litigation Trust to Quash Subpoena (the "Motion") and related pleadings in order to allow the parties to present oral argument. The Trustee believes that oral argument will

597404v1

substantially assist the Court in understanding the issues presented in deciding the Motion. Accordingly, the Trustee respectfully requests a hearing date for that purpose.

Dated: July 5, 2006

THE BAYARD FIRM

By: /s/ Eric M. Sutty
Jeffrey M. Schlerf (No. 3047)
Edmond D. Johnson (No. 2257)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
(302) 655-5000

-and-

John K. Cunningham, Esquire
Matthew J. Feeley, Esquire
WHITE & CASE LLP
Wachovia Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700

Counsel to the Trustee

597404v1

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, Esquire, hereby certify that on this 5th day of July, 2006, I caused copies of the foregoing **Request for Oral Argument Regarding the Motion of the Trustee of The IT Litigation Trust to Quash Subpoena** to be served upon the following parties in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**

Brian D. Long, Esquire
Milberg, Weiss, Bershad & Schulman
919 North Market Street
Suite 980
Wilmington, DE 19801
Email: blong@milbergweiss.com

Marcos A. Ramos, Esquire
Mark D. Collins, Esquire
Richards, Layton & Finger, PA
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
Email: ramos@rlf.com
Email: collings@rlf.com

Ronald S. Gellert, Esquire
Eckert, Seamans, Cherin & Mellot, LLC
The Towne Center
4 East 8th Street, Suite 200
Wilmington, DE 19801
Email: rgellert@eckertseamans.com

A. Zachary Naylor, Esquire
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Email: zacharynaylor@chimicles.com

Roger D. Anderson, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, P.O. Box 410
Wilmington, DE 19899-0410
Email: randerson@skfdelaware.com

**VIA ELECTRONIC MAIL AND FIRST CLASS MAIL**

Kwasi A. Asiedu, Esquire
Law Offices of Kwasi A. Asiedu
3858 Carson Street
Number 204
Torrance, CA 90503
Email: laskido@hotmail.com

Lionel Z. Glancy, Esquire
Michael Goldberg, Esquire
Robert Zabb, Esquire
Glancy & Binkow
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Email: info@glancylaw.com

Richard J. Pocker, Esquire
Boies, Schiller & Flexner
777 North Rainbow Boulevard
Suite 350
Las Vegas, NV 89107
Email: rpocker@bsfllp.com

Mark A. Willard, Esquire
Robert V. Campedel, Esquire
Eckert, Seamans, Cherin & Mellott
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Email: mwillard@eckertseamans.com
Email: rcampedel@eckertseamans.com

629290v1

Charles A. DeMonaco, Esquire
Kimberly L. Haddox, Esquire
Richard J. Federowicz, Esquire
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
Email: cdemonaco@dmclaw.com
Email: khaddox@dmclaw.com
Email: rfederowicz@dmclaw.com

E. Powell Miller, Esquire
Miller Shea
950 West University Drive
Suite 300
Rochester, MI 48307
Email: epm@millershea.com

Steven A. Schwartz, Esquire
Chimicles & Tikellis , Esquire
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041
Email: steveschwartz@chimicles.com

Larry K. Elliott, Esquire
Cohen & Grigsby
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319
Email: lelliott@cohenlaw.com

David A. Becker, Esquire
Thomas L. Patten , Esquire
Courtney S. Schorr, Esquire
Laurie B. Smilan, Esquire
Latham & Watkins
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Email: david.becker@lw.com
Email: tom.patten@lw.com
Email: courtney.schorr@lw.com
Email: laurie.smilan@lw.com

_____
Eric M. Sutty (No. 4007)

629073v1